CLOSED, STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:05-cv-03010-DGC
### Internal Use Only

Rahman v. Johanns
Assigned to: Judge David G Campbell
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/30/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Fazal Rahman**
*Ph.D.*

represented by **Fazal Rahman**
PO BOX 1422
Glendale, AZ 85311
(623)847-5853
PRO SE

V.

**Defendant**

**Mike Johanns**
*Secretary, U.S. Department of Agriculture*

represented by **James C Hair, Jr**
US Attorney's Office
40 N Central Ave
Ste 1200
PHOENIX, AZ 85004-4408
602-514-7500
Fax: 602-514-7760
Email: james.hair@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2005 | 1 | COMPLAINT, filed by Fazal Rahman. (Attachments: # 1 exhibits# 2 exhibits part 2# 3 exhibits part 3# 4 exhibits part 4 end)(ESH, ) (Entered: 10/04/2005) |
| 09/30/2005 |  | Filing fee paid, receipt number PHX033379. This case has been assigned to the Honorable David K. Duncan. All future pleadings or documents should bear the correct case number: CV05-3010-PHX-DKD (ESH, ) (Entered: 10/04/2005) |
| 09/30/2005 |  | Summons Issued as to Mike Johanns. (given to prose plaintiff in person same day complaint was filed) (ESH, ) (Entered: 10/04/2005) |
| 09/30/2005 |  | Magistrate Election Form Deadline set for 10/20/05 as to plaintiff (given |

| | | |
|---|---|---|
| | | to prose plaintiff in person same day complaint was filed) (ESH, ) (Entered: 10/04/2005) |
| 10/03/2005 | 2 | Party Elects Assignment of Case to District Judge Jurisdiction (MAP, ) (Entered: 10/05/2005) |
| 10/05/2005 | 3 | MINUTE ORDER Pursuant to Local Rule 3.8(a), a request has been received for a random reassignment of this case to a District Judge FURTHER ORDERED Case reassigned to by random draw to Judge David G. Campbell. All further pleadings should now list the following COMPLETE case number: CIV-05-3010-PHX-DGC. (cc: all counsel/DGC/DKD)(MAP, ) (Entered: 10/05/2005) |
| 10/07/2005 | | Copy of document number 3, mailed to Fazal Rahman on this date. (LSP) (Entered: 10/07/2005) |
| 10/25/2005 | 4 | AMENDED MINUTE ORDER ( re Minute Order 3; To Correct Caption ONLY) Pursuant to Local Rule 3.8(a), a request has been received for a random reassignment of this case to a District Judge FURTHER ORDERED Case reassigned to by random draw to David G. Campbell. All further pleadings should now list the following COMPLETE case number: CIV-05-3010-PHX-DGC. (MAP, ) (Entered: 10/25/2005) |
| 10/26/2005 | 5 | INITIAL ORDER. Signed by Judge David G Campbell on 10/26/05. (DGC, ) (Entered: 10/26/2005) |
| 10/26/2005 | | Copy of document number 5, mailed to Fazal Rahman on this date. (DGC, ) (Entered: 10/26/2005) |
| 10/26/2005 | | Copy of document number 4, mailed to Fazal Rahman on this date. (MAP, ) (Entered: 10/26/2005) |
| 11/04/2005 | 6 | SUMMONS Returned Executed on Civil Process Clerk by Fazal Rahman. (KCS) Modified on 11/8/2005 TO CORRECT FILER (KCS). (Entered: 11/08/2005) |
| 11/04/2005 | 7 | SUMMONS Returned Executed on Attorney General of US by Fazal Rahman. (KCS) Modified on 11/8/2005 TO CORRECT FILER (KCS). (Entered: 11/08/2005) |
| 11/04/2005 | 8 | SUMMONS Returned Executed upon Director, OFO EEOC by Fazal Rahman. (KCS) (Entered: 11/08/2005) |
| 11/04/2005 | 9 | CERTIFICATE OF SERVICE upon Steven Brammer by Fazal Rahman (KCS) (Entered: 11/08/2005) |
| 11/04/2005 | 10 | CERTIFICATE OF SERVICE upon James Hood by Fazal Rahman (KCS) (Entered: 11/08/2005) |
| 11/04/2005 | 11 | MOTION for Hearing re: Case Management Conference by Fazal Rahman. (Attachments: # 1 Letter re: certified mail service)(KCS) (Entered: 11/08/2005) |
| 11/21/2005 | 13 | SUMMONS Returned Executed by Fazal Rahman. Mike Johanns served on 10/11/2005, answer due 10/31/2005. (Attachments: # 1 Track and |

| | | |
|---|---|---|
| | | Confirm printouts)(KCS) Modified on 11/29/2005 TO CORRECT FILE DATE TO 11/21/05 (KCS). (Entered: 11/29/2005) |
| 11/28/2005 | 12 | MOTION for Extension of Time to File Answer re 1 Complaint by Mike Johanns. (Hair, James) (Entered: 11/28/2005) |
| 12/01/2005 | 14 | ORDER granting 12 Motion for Extension of Time to Answer. Mike Johanns answer due 1/3/06. Signed by Judge David G Campbell on 12/1/05. (DGC,nvj) (Entered: 12/01/2005) |
| 12/01/2005 | | Copy of document number 14, mailed to Fazal Rahman on this date. (DGC, ) (Entered: 12/01/2005) |
| 12/05/2005 | 15 | RESPONSE to Motion re 12 MOTION for Extension of Time to File Answer re 1 Complaint filed by Fazal Rahman. (KCS) (Entered: 12/06/2005) |
| 12/05/2005 | 16 | MOTION for Default Judgment as to Mike Johanns by Fazal Rahman. (KCS, ) (Entered: 12/06/2005) |
| 12/07/2005 | 17 | RESPONSE in Opposition re 16 MOTION for Default Judgment as to Mike Johanns filed by Mike Johanns. (Hair, James) (Entered: 12/07/2005) |
| 01/03/2006 | 18 | MOTION to Dismiss Case *or Transfer Case* by Mike Johanns. (Attachments: # 1 # 2 # 3 # 4)(Hair, James) (Entered: 01/03/2006) |
| 01/12/2006 | 19 | RESPONSE to Motion re 18 MOTION to Dismiss Case *or Transfer Case* filed by Fazal Rahman. (Attachments: # 1 Enclosure)(KCS, ) (Entered: 01/12/2006) |
| 02/22/2006 | | DOCUMENT #20 STRICKEN PURSUANT TO ORDER #25 FILED ON 6/23/06. Notice of Filing Copy of email to be included in the record by Fazal Rahman (MAP, ) Modified on 6/23/2006 (LSP). (Entered: 02/27/2006) |
| 03/07/2006 | | DOCUMENT #21 STRICKEN PURSUANT TO ORDER #25 FILED ON 6/23/06. MEMORANDUM re: copies of recent letters from the President of the USDA Coalition of Minority Employees to the Secretary of Agriculture and the Director of the EEOC Office of Federal Operations by Plaintiff Fazal Rahman. (KCS, ) Modified on 6/23/2006 (LSP). (Entered: 03/09/2006) |
| 03/14/2006 | | DOCUMENT #22 STRICKEN PURSUANT TO ORDER #25 FILED ON 6/23/06. SUPPLEMENT to pla's response to motion to dismiss or transfer the complaint re 19 Response to Motion by Plaintiff Fazal Rahman. (KCS) Modified on 6/23/2006 (LSP). (Entered: 03/17/2006) |
| 03/21/2006 | 23 | MOTION to Strike [20] Other Notice, [21] Memorandum, [22] Supplement by Mike Johanns. (Hair, James) (Entered: 03/21/2006) |
| 03/27/2006 | 24 | RESPONSE in Opposition re 23 MOTION to Strike [20] Other Notice, [21] Memorandum, [22] Supplement filed by Fazal Rahman. (KCS) (Entered: 03/30/2006) |

| | | |
|---|---|---|
| 06/23/2006 | 25 | ORDER denying 16 Pla's Motion for Default Judgment. IT IS FURTHER ORDERED granting 18 Motion to Dismiss or transfer to appropriate venue. IT IS THEREFORE ORDERED the Clerk of Court shall transfer this action to the US District Court for the District of Columbia. IT IS FURTHER ORDERED granting 23 Dft's Motion to Strike. IT IS FURTHER ORDERED the Clerk of Court shall strike [20] Other Notice, [21] Memorandum, and [22] Supplement . Signed by Judge David G Campbell on 6/21/06. (LSP) (Entered: 06/23/2006) |
| 06/23/2006 | | ***Civil Case Terminated re 25 Order to transfer this action to the US District Court for the District of Columbia (LSP) (Entered: 06/23/2006) |
| 06/26/2006 | | Copy of document number 25 mailed to Fazal Rahman on this date. (LSP) (Entered: 06/26/2006) |

I hereby attest and certify on 7-5-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By Linda Patton _____ Deputy