Fazal Rahman, Ph.D.
P. O. Box 1422
Glendale, AZ 85311
Telephone: (623)847-5853

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fazal Rahman )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>Vs. )<br>)<br>) Civil Case No. **1:06-cv-1283 (JDB)**<br>)<br>**MIKE JOHANNS** )<br>SECRETARY, U.S. DEPARTMENT )<br>OF AGRICULTURE, )<br>)<br>Defendant )<br>) | |

### Motion for permission to use the Electronic Case Files system

The above-numbered case has been filed as a Pro Se case. I hereby request the permission to use the court's Electronic Case Files (ECF) system. I may soon travel to Pakistan to visit my sick and old mother. The use of ECF system will be necessary there for the timely filing of documents, motions, and responses to the motions. I am enclosing a completed copy of the ECF Registration Form with this motion.

As it may take some time to learn the use of ECF system- as well as for other reasons, I request the continuation of permission to also use the paper filings by postal mail.

RECEIVED
SEP 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Respectfully submitted** this 6th day of September 2006

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff

P. O. Box 1422

Glendale, AZ 85311

Email: Unpollutedfaz@aol.com

Telephone: (623)847-5853