Fazal Rahman, Ph.D.
P. O. Box 1422
Glendale, AZ 85311
Telephone: (623)847-5853

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fazal Rahman<br><br>    Plaintiff<br><br><br>Vs.<br><br><br>**MIKE JOHANNS**<br>SECRETARY, U.S. DEPARTMENT<br>OF AGRICULTURE,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. **1:06-cv-1283 (JDB)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Copies of recent letters from the President of the USDA Coalition of Minority Employees to the Secretary of Agriculture and the Director of the EEOC Office of Federal Operations

In connection with the above-numbered case, I am hereby submitting the copies of recent letters of March 1, 2006, from Lawrence Lucas, President of the USDA Coalition of Minority Employees, to the Secretary of Agriculture, Mike Johanns and the Director of the Office of Federal Operations at EEOC, Carlton Hadden. Contents of these letters are self-explanatory and demonstrate the existence of highly institutionalized forms of racism, discrimination, and violations of civil rights and equal employment opportunity laws, both at the USDA and EEOC. Mr. Lucas knows this situation very well as he is President of the Coalition, which

represents around 15,000 minority employees of the USDA.  He is also involved with the discrimination cases of tens of thousands of minority farmers against the USDA.  The contents of Mr. Lucas' letters illuminate the general context, the contents of which are constantly reproducing the above problems, and in which all the specific class action and individual cases of racism and discrimination are being generated, including this case.  As such, these letters constitute very important contextual evidence in support of my case and its contents, issues, facts, and analyses.  Specific details and facts in this regard will be submitted at an appropriate stage of the development of the case.

Mr. Lucas may be contacted by email: LawrLCL@aol.com.  Telephone: (856)910-2399.

Residence: Lawrence Lucas, 4600 Roosevelt Avenue, Pennsauken, NJ 08109.

**Respectfully submitted** this 6th  day of September  2006

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff

P. O. Box 1422

Glendale, AZ 85311

Email: Unpollutedfaz@aol.com

Telephone: (623)847-5853

# USDA COALITION OF MINORITY EMPLOYEES

## "THE COALITION"

*Civil Case No.*
*1: 06-CV-1283(JDB)*

Carlton M. Hadden                                                                                          1 March 2006
Acting Director, Office of Federal Operations
Equal Employment Opportunity Commission
1801 L Street NW
Washington, D.C. 20507

Mr. Hadden:

Please see the attached news story telling of a pattern and practice of U.S. Department of Agriculture
(USDA) officials misleading and distorting the facts. The USDA Office of Civil Rights (OCR) does
the same....with impunity.

The USDA Coalition of Minority Employees delegation, comprised of individuals from around the
country, met with you and your staff on February 28, 2005. Delegates shared information regarding
acts of discrimination, racism, sexism, reprisal, hostile work environment, intimidation, conflict of
interest, sexual harassment, sexual assault (now report of rape), and other abuses. However, to date,
we have heard nothing officially from the Equal Employment Opportunity Commission (EEOC)
regarding your intervention to halt these widespread abuses. Your silence is interpreted as having no
plan to end USDA abuse of employees. Your neglect adds to the perpetuation of continued
discrimination against Black, minority, and women farmers. Yes, your turning a deaf ear to the
widespread abuses at USDA does have a direct impact on the lives of thousands of minority farmers of
this nation, as well.

It is possible that EEOC's hidden financial and other agreements have undermined the fair
administration of justice at USDA. If this is the case, EEOC may be in violation of its own policy and
civil rights laws (i.e., conflict of interest and hindering complaint processing). I have discussed these
matters with Black farm leaders and their supports around the country. They will be returning to
Washington, DC, April 26, 2006, for a major rally/demonstration in front of USDA and meetings with
congressionals. I am sure this event will get broad media coverage.

I remain available to discuss our issues and concerns (as indicated by my e-mail of 1 January 2006).

Lawrence Lucas
President
USDA Coalition of Minority Employees

cc: EEOC Chair

   EEOC Commissioners

   Chuck Connor, Deputy Secretary, USDA
   Dale Moore, Chief of Staff, USDA
   Congressionals

   2006 Coalition Delegation

Encl

**Coalition Letter to Johanns on Joint Meeting 3-1-06**

USDA COALITION OF MINORITY EMPLOYEES
"THE COALITION"

*Civil Case No.*
*1:06-cv-1283*
*(JDB)*

The Honorable Mike Johanns                                         March 1, 2006
Secretary, U.S. Department of Agriculture
Jamie L. Whitten Federal Building
12th and Jefferson Street
Washington, DC  20250

Dear Mr. Secretary:

I have spent the last six months reviewing and evaluating USDA's documents and policies regarding the Department's civil rights legacy. Unfortunately, I have concluded that little positive progress has been made toward alleviating its ongoing culture of abuse, discrimination, racism, sexism, retaliation, reprisals, intimidation and hostile work environment towards employees. Class actions and individual complaint filings continue at an alarming rate; while USDA officials work strenuously to dismiss without cause many of farmer and employees complaints.

It is a mystery to me that despite all the documents and rhetoric reporting USDA accomplishments, the following has not occurred:

1.    Reduction of Complaint Filings: Individual & Class:Action filings under this Administration are at an all time high.
2.    Alternate Dispute Resolution (ADR) and early intervention methods have failed to reduce significantly the number of Individual and Class Action filings, especially those remaining in the administrative process.
3.    ACCOUNTABILTY has been proven an extreme management failure. The guilty are rarely, if ever, punished for their abusive behavior.
4.    Reprisal & Hostile Work Environment Complaints resulting from engaging in USDA civil rights administrative processes and practice are at an all time high. These claims result from the illegal intrusion by the Office of General Council (OGC) and USDA hiring outside attorneys to create barriers and minimize chances for achieving fair settlements. For decades OGC has assumed an "Adversarial" role in the civil rights process that to date has languished unchecked by Secretary after Secretary.... no "firewall" has been erected between the Office of Civil Rights (OCR) and OGC as reported and recommended by EEOC. In addition, OGC continues to involve itself in USDA policy matters
5.    Continued "Conflict of Interest" inside and outside the Office of Civil Rights and failure to eliminate the complaint backlog...reported to have been corrected USDA civil rights has failed Black farmers as well as USDA employees.  The Administration has failed in its commitment to improve USDA's civil rights administrative practices and processes as promised in paragraph 16 of the enclosure:

    "Earlier this week, Dale Moore, chief of staff for Agriculture

    Secretary Ann Veneman, said he is confident the department will
    improve how it's handling the black farmers' complaints and payments.
    Black farmers "have been asked to be patient, but we're going to come
    up with ways to be held accountable and achieve some progress," Moore
    says.

This is akin to depositing a check in a bank and having it returned for insufficient funds. In July 2003, in a meeting between the Coalition and then Special Assistant to the Cabinet, Chuck Conner, the White House, clear commitment was also given that the Administration was working hard to solve these civil rights problems at USDA.  Yet, the USDA continues paving a circular path designed to fail Black and minority farmers and USDA employees.  USDA continues its Plantation Mentality with little or no commitment to ethical behavior.

I am certain that many USDA employees and minority farmers would agree with our assessment. It is with hope, Mr. Secretary, that USDA leadership, Under and Assistant Secretaries and other top policy officials come to the table, in good faith, to resolve the many issues and concerns we have brought to your attention over the past year. It is imperative that we meet in a non-adversarial environment and work together to resolve the problems that have haunted the Department for decades. Some of the major issues of this meeting will focus upon the Forest Service, Region 5, California; the Animal and Plant Health Inspection Service, Ames, Iowa, Laboratory; and minority farm issues.

I would appreciate a response by March 17, 2006, so we can move forward to affect measurable and reportable positive changes. Please contact me at (856) 910-2399 to set up a convenient time and mutually agreeable location for this important meeting.

Sincerely,


Lawrence Lucas
President

USDA Coalition of Minority Employees

Enclosure

Cc:  Chuck Connor, Deputy Secretary
       Dale Moore, Chief of Staff
       Mark Rey, Under Secretary, NRCS
       Chuck Lambert, Acting Under Secretary, MRP
       Dale Bosworth, Chief, Forest Service