Fazal Rahman, Ph.D.
P. O. Box 1422
Glendale, AZ 85311
Telephone: (623)847-5853

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fazal Rahman )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>Vs. )<br>)<br>) Civil Case No. **1:06-cv-1283 (JDB)**<br>)<br>**MIKE JOHANNS** )<br>SECRETARY, U.S. DEPARTMENT )<br>OF AGRICULTURE, )<br>)<br>Defendant )<br>) | RECEIVED<br><br>SEP 1 4 2006<br><br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>**Motion to order the US Department of Agriculture to stop and reverse the implementation of the settlement agreement, involved in this case, pending the court's decision**</u>

According to various sources of information, as well as the US Department of Agriculture's actions, the Agency has been implementing the Asian/Pacific American (APA) Class Settlement Agreement. It has done so in spite of the fact that this court case has been specifically filed against that agreement. In fact, the Agency had started implementing the agreement at a time when even the EEOC appeal process was not complete yet. The evidence for that can be found on pages 16 and 17 and Exhibit 14 of the Complaint in the case file.

In this motion, it is hereby requested that the Agency be ordered to stop and reverse all its implementations of the settlement agreement and that it should refrain from any such implementation until the court's decision on this case. In addition, the Agency should disclose all its actions in this regard to the Plaintiff and the court.


**Respectfully submitted** this 6th day of September 2006

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff

P. O. Box 1422

Glendale, AZ 85311

Email: Unpollutedfaz@aol.com

Telephone: (623)847-5853

Civil Case No.
1:06-cv-1283
(JDB)

## Certificate of Service

I hereby certify that copies of the two motions of September 6, 2006, and letters of the President of USDA Coalition of Minority Employees have been sent on September 13, 2006, by First Class Mail, to the following:

1. Clerk's Office
   US District Court for the District of Columbia
   US Courthouse
   333 Constitution Avenue, NW
   Washington, DC 20001

2. Chief of the Civil Division
   US Attorney's Office
   555 Fourth St., NW
   Washington, DC 20001

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff