UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| MICHAEL JOHANNS, SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b)(2), for an extension of time to respond to the Complaint, time for filing having expired, from September 25, 2006, up to and including November 15, 2006. Plaintiff *pro se*, has indicated that he opposes the motion. As grounds for this motion, the Defendant submits the following.

On Thursday, September 28, 2006, Counsel for the Defendant apparently received for the first time information about this case. The information was delivered by mail from Plaintiff and included a copy of Plaintiff's Motion for permission to use the Electronic Case Files System via U.S. Mail and a copy of two-page "Motion to order the U.S. Department of Agriculture to stop and reverse the implementation of the settlement agreement, involved in this case, pending the court's decision," among other papers and correspondence. Immediately, after receiving this motion, Defendant searched the docket electronically and learned about the Court's order of August 24, 2006. The undersigned Assistant was assigned to this case today. The undersigned needs time to

gather information on this case and consult with agency counsel in order to determine the appropriate defenses on this matter. Accordingly, Defendant submits that these circumstances establish excusable neglect and good cause, justifying an enlargement of time up to and including November 15, 2006, to file an answer or other response to the Complaint in this case.

WHEREFORE, Defendant respectfully submits that this Motion for an Extension of Time to File an Answer or Other Response to the Complaint, from September 25, 2006, up to and including November 15, 2006, should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
INTERIM UNITED STATES ATTORNEY
D.C. BAR NUMBER 498610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

September 28, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 28th day of September, 2006, I caused the foregoing Defendant Motion for an Extension of Time to File an Answer or Other Response and proposed Order, to be served on Petitioner *pro se*, by the Electronic Case Filing system, or, if this means fails, then by mail, postage prepaid, addressed as follows:

Fazal Rahman, Ph.D.
P.O. Box 1422
Glendale, AZ 85311

                                                  /s/
                                    OLIVER W. MCDANIEL, D.C. BAR # 377360
                                    Assistant United States Attorney
                                    Civil Division
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 616-0739