UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAZAL RAHMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-01283 (JDB) |
| | ) |
| **MICHAEL JOHANNS, SECRETARY,** | ) |
| **Department of Agriculture** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to File an Answer or Other Response, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time to File an Answer or Other Response is hereby GRANTED, and Defendant shall have up to and including November 15, 2006, to answer or otherwise respond to the Complaint.

Date this _____ day of _____, 2006.


_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Fazal Rahman, Ph.D.
P.O. Box 1422
Glendale, AZ 85311