UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 06-1283 (JDB) |
| MICHAEL JOHANNS, SECRETARY, Department of Agriculture | ) |
|       Defendant. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO
". . . STOP AND REVERSE . . . [A] SETTLEMENT AGREEMENT . . ."**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b)(2), time for filing having expired, for an extension of time to file his opposition to Plaintiff's "Motion to order the US Department of Agriculture to stop and reverse the implementation of the settlement agreement, involved in this case, pending the court's decision" up to and including October 4, 2006. Counsel for the Defendant conferred with Plaintiff *Pro se* about this motion, and Plaintiff indicated his consent to the motion.

Defendant seeks this extension because, as set forth in Defendant's motion for an extension of time to file an answer to the complaint, filed September 28, 2006, Counsel for the Defendant did not receive actual notice about this case or about Plaintiff's motion until September 28, 2006. Counsel for the Defendant, accordingly, needs additional time to contact agency counsel about this case and to evaluate Plaintiff's motion. Accordingly, Defendant submits that these circumstances establish excusable neglect and good cause, justifying an enlargement of time up to and including October 4, 2006, to file an opposition to the motion. These and other litigation responsibilities

necessitate this request for a one-day extension of time to file an opposition to Plaintiff's motion ". . . to Stop and Reverse . . . [A] Settlement Agreement . . . ."

WHEREFORE, Defendant submits that this Motion for an Extension of Time to File an Opposition to Plaintiff's Motion ". . . to Stop and Reverse . . . [A] Settlement Agreement . . . ." should be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    INTERIM UNITED STATES ATTORNEY
    D.C. BAR NUMBER 498-610


By:    _____/s/_____
    OLIVER W. MCDANIEL, D.C. Bar No. 377-360
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 616-0739

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 29th day of September, 2006, that the foregoing Motion for an Extension of Time to File an Opposition to Plaintiff's Motion ". . . to Stop and Reverse . . . [A] Settlement Agreement . . ..", has been sent by the Electronic Filing System, or if this means fails, then by first-class mail, postage prepaid, to the Counsel for the Plaintiff, addressed as follows:

Fazal Rahman, Ph.D.
P.O. Box 1422
Glendale, AZ 85311

/s/
_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739