# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAZAL RAHMAN,                        )
                                                     )
                   Plaintiff,        )
                                                     )
       v.                            )        Civil Action No. 06-1283 (JDB)
                                                     )
MICHAEL JOHANNS, SECRETARY,    )
Department of Agriculture          )
                                                     )
                 Defendant.        )
_____)

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to File an Opposition to Plaintiff's Motion ". . . to Stop and Reverse . . . [A] Settlement Agreement . . ..", and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time to File an Opposition to Plaintiff's Motion is hereby GRANTED, and Defendant shall have up to and including October 4, 2006, to file an opposition.

Date this _____ day of _____, 2006.


                                        _____
                                        United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Fazal Rahman, Ph.D.
P.O.  Box 1422
Glendale, AZ 85311