## DECLARATION

I, James H. Bradley, based on information obtained by me as an employee of the United States Department of Agriculture (USDA) in Washington, D.C., do hereby declare:

1. I have been an employee of the USDA for thirty-one (31) years, and since June 1, 2002, have been employed by USDA as Deputy Administrator, Administrative and Financial Management, Agricultural Research Service (ARS).

2. The Settlement Agreement in the Basu, et al. v. USDA Class Action, EEOC No. 100-A1-7863X, Agency No. 000190 (Basu Settlement Agreement), was negotiated and executed in Washington, D.C., and signed by the parties on October 31, 2003.

3. I served as the Agency's Chief Negotiator with regard to settlement of this Class Action, and am a signatory on the Basu Settlement Agreement. The Basu Settlement Agreement addressed relief for all current Asian/Pacific Islander employees at the GS-7 level and above who were eligible for but had not received promotions and all Asian/Pacific Islander current employees who were eligible for and have applied for positions with USDA but have not been selected. The scope of the class included individuals who filed individual complaints of employment discrimination between February of 1994 and September 2, 2003, alleging discrimination on the basis of race (Asian) as to the issues of non-promotion or non-selection, by Order of the EEOC Administrative Judge.

4. The Basu Settlement Agreement provided substantive injunctive relief and comprehensive individual relief to Class Agents and Class Members. The injunctive relief included the creation of a Development Opportunity Placement Program (DOPP) to

provide opportunities for all eligible and qualified employees to serve on details, receive temporary promotions, or participate in developmental assignments where there may be staffing shortages in headquarters and field office locations; the creation of a Graduate Scholarship Program to provide funding for graduate school; and an Agency-wide Job Fair held at four regional locations for employment in job categories where the Agency's Asian/Pacific Islander population is statistically under-represented. For purposes of individual relief, the Class was divided into tiers. Tier One comprised six Class Agents whose claims were separately resolved by USDA. Tier Two comprised the remaining 22 Class Agents, who shared in a lump sum monetary payment. Tier Three comprised of individuals with pending administrative complaints subsumed by the Class Action, and several individuals with complaints pending in Federal district court, who received monetary relief as well.

    5. To date, USDA and the sub-Agencies involved in the Basu Settlement Agreement have provided monetary relief for implementation of the Settlement Agreement in an amount estimated to be over Two Million Dollars ($2,000,000.00). This relief includes, but is not limited to, payments to individual Class Members in Tiers One, Two and Three of the Settlement Agreement, payment of attorneys' fees provided for by the Settlement Agreement, as well as other funds expended in support of the injunctive relief associated with implementation of DOPP, the Graduate Scholarship Program, and the job fairs.

    6. It would be exceedingly burdensome, if not impossible, for USDA and its sub-Agencies to "reverse implementation" of this historic administrative Class Action settlement. Any reversing of implementation would also necessarily include the return of

monies by Class Members which, again, would be exceedingly burdensome if not impossible, but against all goodwill established between the parties in the negotiation and settlement of a Department-wide Class Action.

7. All of the foregoing is based on my personal knowledge and I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that it is true and correct to the best of my information and belief.

**EXECUTED** this ___4th___ day of October, 2006.

*/s/ James H. Bradley*
JAMES H. BRADLEY
Deputy Administrator
Agricultural Research Service
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, D.C. 20250-1400
202-690-2575