# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FAZAL RAHMAN** )
)
        **Plaintiff** )
)
)
)
)
**Vs.** )
)
)   Civil Case No. **1:06-cv-1283 (JDB)**
)
**MIKE JOHANNS** )
SECRETARY, U.S. DEPARTMENT )
OF AGRICULTURE )
)
        **Defendant** )
)
)

## Response to the Defendant's "Opposition to Plaintiff's Motion to "…Stop and Reverse…[A] Settlement Agreement…"

I received the Defendant's "Opposition to Plaintiff's Motion to "…Stop and Reverse…[A] Settlement Agreement…" on October 11, 2006. As demonstrated below, this document only has the appearance and form of being professional. In its substance, it is astoundingly unprofessional, as it omits the most important class and individual issues of this case, and, besides distorting and perverting their nature, it also engages in diversionary tactics. Most importantly, it totally ignores the apodictic unconstitutionality of the Defendant's specific actions in the Settlement Agreement, identified and analyzed in detail in the main complaint document and its associated exhibits.

RECEIVED

OCT 1 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

In my "Motion to order the US Department of Agriculture to stop and reverse the implementation of the settlement agreement, involved in this case, pending the court's decision", I took it for granted that both the court and the US attorneys will refer to the contents of the Complaint and its associated exhibits for adjudication and response. Therefore, I felt that it would be redundant to repeat the analysis of those issues in the motion or resubmission of some of the relevant exhibits.

**Arguments and discussion**

**Main issues of the case**

From the very beginning, the main issues of this case-first during its processing at the Equal Employment Opportunity Commission (EEOC) and now in this Complaint-have been identified, stated, and analyzed with almost mathematical clarity. Similarly, the apodictic unconstitutionality and illegality of the Agency's actions, as well as its repeated and shameless lies, in relation to the major issues of this case, have also been identified, described, and demonstrated with precision. For verifying the accuracy of these statements, I invite the court and the US attorneys to examine the contents of the 19-page complaint and the exhibits cited therein. The main issues of this Complaint have been and are:

1.    The unconstitutional and illegal *particular* change of the definition of the Asian/Pacific American (APA) Class by the Agency from its original EEOC definition and discriminatory, unconstitutional, and illegal exclusion and expulsion of an important structural part of that Class from the Class, identified and analyzed in detail on pages 1-6 of the Complaint as well as in various exhibits. This change is in clear violation of the Fourteenth Amendment of US Constitution, Section 1, Equal Protection of the Laws, as well as of Title VII Civil Rights Act.

2.    Classist, racist, elitist, corrupt, and discriminatory distribution and allocation of

monetary, professional, and other remedies and compensation, which,

overwhelmingly benefited the six Class Agents in Tier One. For example, these six

Class Agents, constituting 0.3 percent of the Class, were bribed with 58 percent of the

total monetary relief (Compl., page 7-9). Twenty-two Class Agents in Tier Two,

constituting 1 percent of the Class, and 30 Class Members in Tier Three, 1.5 percent

of the Class, were given 33 percent and 9 percent of the monetary relief for the Class,

respectively. Overwhelming majority of the APA Class Members, 1,972, constituting

97.2 percent of the Class, were placed in Tier Four and received no monetary relief

whatsoever! The factual situation of the professional relief is not any better either.

For a detailed review of this matter, please refer to pages 7-12 of the Complaint. The

distribution of monetary and professional relief in the settlement agreement is also in

clear violation of the Fourteenth Amendment of US Constitution, Section 1, Equal

Protection of the Laws, as well as of Title VII Civil Rights Act. Such unfair, unjust,

and corrupt actions would put any demon to shame. However, the Agency officials,

and now the US attorneys, are calling this settlement agreement-containing such

actions-as "historic" and "landmark", desecrating and disgracing both these words

and their actual meanings. The only thing "historic" and "landmark" about this

settlement agreement is that it is a historic and landmark fraud, deception, and

corruption, inflicted upon a Class, belonging to a historically oppressed minority

community in this country, by a federal government agency, which has been, and

continues to be, notorious for discrimination and racism against the minorities in the

areas of civil rights and equal employment opportunity. Asians were not even

allowed to apply for the citizenship of this country until 1952, when McCarren-Walter

Act was passed, which finally modified the anti-Asian Naturalization Act of 1790.

The US Department of Agriculture (USDA) has a well-documented and highly publicized diabolical history of racism and discrimination against the minorities in this country. This history continues unabated. Only the extremist forms of shamelessness, consciencelessness, callousness, and hypocrisy permit its officials to pretend otherwise. They have, once again, manifested these unmatchable qualities in their actions in this settlement agreement, as well as in dealing with this case.

### A huge omission

Both the Agency's Chief Negotiator of the corrupt settlement agreement, James H. Bradley-in his sworn "Declaration"-and the US attorneys-in their "Opposition...."- have completely omitted any mention of the Tier Four of the APA class, the overwhelming majority of the Class, consisting of 1,972 Class Members, constituting 97.2 percent of the Class, who have been deprived of any monetary or professional relief in the settlement agreement and assigned lower priority in the phony so-called "injunctive relief". What can be going on in the heads of these people? Do they think that they can fool the court and Plaintiff by omitting almost the entire Class-in their discussion of the different tiers of the Class- from the "sworn" Declaration and Opposition, and pushing it under the rug? Such a deliberate and huge omission constitutes a form of lying. As documented in the Complaint and its exhibits, various Agency officials routinely engaged in various forms of lying, including the shamelessly blatant, omissions, distortions, and perversions of facts and issues etc. Formally, the Agency official, Mr. Bradley may not have committed perjury in his sworn statement but in reality he did by such a huge and deliberate omission. As far as the inclusion of Graduate Scholarship Program in the Settlement Agreement is

concerned, that is also deceptive as- as described on page 11 of Exhibit 10 and page 5 of Exhibit 11-it is not limited to APA class members and includes all the other racial groups as well.

3.    Racist-discriminatory subjection of the Plaintiff to lies, deceptions, distortions, perversions, and coercions by the USDA officials:  The Agency officials, especially those in its Office of the General Counsel (OGC), engaged in repeated lies, deceptions, perversions, hypocrisies, and coercions in dealing with the Plaintiff, his case, evidence and facts, issues, and arguments.  These are concretely documented throughout the Complaint and its exhibits.  Of special importance are Exhibits 12-17 (particularly Exhibit 13) and Exhibit 25 and pages 13, 14, 16, and 17 of the Complaint.

**Re: Balance of harm and hardships**

In their Opposition, the Defendant's representatives are again distorting the very essence of this case by trying to pretend that it involves only my individual damages (please refer to pages 2 and 7 of the Opposition…).  At various stages of the processing of this case, various representatives of the Defendant engaged in similar and uniform tactics of distortion of this very foundation of the case.  Throughout my Complaint and previous documents and exhibits, it is apodictic that this case is on behalf of the overwhelming majority of the APA Class, including the 1,972 Class Members in Tier Four and many in Tiers Two and Three.  Great injustice and damages have been inflicted on these roughly 2,000 Class Members by this classist, racist, and elitist "settlement" agreement.  My own individual damages constitute only a small part of that huge damage to the overwhelming majority of the Class and have been placed and analyzed within that context.  As I have repeatedly criticized and analyzed this deliberate fundamental distortion in the past-evident in the Complaint and various exhibits-its reproduction by the current representatives of the Defendant constitutes a defrauding and

continued distortionist effort. The essence of such behavior lies in racist and discriminatory attitudes towards the Plaintiff and the APA Class Members. The history of this country is overflowing with such attitudes towards the minorities. They think that it is OK and easy to try to fool the minorities and distort and pervert the facts, related to their cases. There is no way I can adequately express my revulsion against such unprofessional, unethical, immoral, racist, and discriminatory behavior and attitudes.

Considered from the above perspective of the overwhelming majority of the APA Class-the only real perspective, as opposed to the distortionist illusions being created by the Defendant's representatives-the balance of harm and hardships indubitably weighs incomparably heavily in favor of granting the requested Motion because of the enormous and irreparable damages that are being inflicted on roughly 2,000 Class Members, in its absence. The beneficiaries of the settlement agreement are few-mostly the six Class Agents of Tier One-while its victims are incomparably numerous-1,972 Class Members of Tier Four and many in Tiers Two and Three, in addition to unknown numbers of Class Members, unconstitutionally and illegally expunged from the Class, through the above-mentioned change of the definition of the Class. The Defendant's representatives have grossly exaggerated and misrepresented the burden of granting of the Motion on the Agency and the Class. The six Class Agents of Tier One, who have been given the lion's share of the monetary relief and all the substantial professional relief, are all in relatively higher level Agency positions and are financially well off. I know at least one of them, Dr. Mon Yee, who will gladly return the amount paid to him on matters of principles. He strongly feels that this whole settlement agreement was a fraud and a sham. He was excluded from the settlement negotiations. He has corresponded with me extensively on this matter. Several Class Agents of Tiers Two (22 Agents) and Three (30) also have expressed to me their extreme discontent with the fraudulent nature of the settlement agreement. I believe that most of the 22 Class Agents in Tier Two and 30 of Tier Three will gladly return the

meager amounts of money paid to them, if they see a possibility of a truly fair, reasonable, and adequate settlement for the whole Class. They have been intimidated and coerced into accepting the fraudulent settlement agreement, against their conscience, by the Agency. The 1,972 Class Members of Tier Four have nothing to return as they received nothing. The Defendant's assertions in regard to extreme burden, harm, and difficulty of reversing the implementation, are quite absurd, as well as classist, racist, and elitist. The Defendant is totally oblivious and indifferent to the harm, damages, injustice, and suffering caused by its actions to approximately 2,000 APA Class Members but claims that it would be exceedingly burdensome and onerous to reverse the implementation of the settlement agreement, from which relatively very few have benefited monetarily and professionally. If the Motion is granted, it will benefit overwhelming majority of the APA Class and counteract the harmful and damaging effects of the injustices of the implementation of the settlement agreement. In this scenario, only relatively very few elitist Class Agents (mostly 6 in Tier One and a few in Tier Two), who have managed to siphon off almost all the monetary relief for the Class and all the substantial professional relief, will be upset, along with the Agency officials who pulled this scam off. On the other hand, if the Motion is denied, the harmful and damaging effects of the implementation on overwhelming majority of the APA Class, comprising about 2,000 human beings, will continue unabated, and the few elitist usurpers of the Class relief will continue laughing going to the bank, with the blessings of the Agency officials, who pulled off this scam, on the expense of the monetary, professional, and ethical interests and integrity of the APA Class, as a whole.

### Re: Public Interest

On page 7 of the Opposition..., the Defendant's representatives make astounding claims of harm to the public interests, if the requested Motion is granted by the court. Since when have the classist, racist, elitist, and corrupt actions, injustice, and bribery become identified with the public interests? The public interests, as well as those of the overwhelming majority of the

APA Class, are diametrically opposite of the contents and effects of this settlement agreement and its implementation. In particular, the public interests are served by justice, fairness, honesty, truth, goodness, democracy, and sincerity and not by their opposites, which are contained and manifested in the settlement agreement. As such the settlement agreement and its implementation are entirely opposed and detrimental to the elementary public interests. The Agency officials have self-evidently utilized public funds for unfair, unjust, corrupt, classist-racist-elitist, and undemocratic purposes, in the settlement agreement. Now they are claiming the opposite, putting all Orwellianism to shame!

**Distortion of the nature and contents of this case by the Defendant's representatives**

On page 6, the Defendant's attorneys state, *"Plaintiff offers little more than conclusory allegations about alleged defects in the settlement that would justify dismantling the Basu settlement."* Nothing can be farther from the actual truth and facts! Throughout my Complaint and its various exhibits, I have presented concrete data, information, evidence, and analysis, on the basis of which, conclusions have been drawn in a scientific manner. It has been the Defendant's representatives, including the current ones, who have engaged in extremely subjective, distortionist, omissive, and abstract tactics, avoiding addressing or refuting any of the concrete and specific issues, identified and analyzed by me in these documents. For example, they have never addressed the concrete and specific issues of the *particular* unconstitutional and illegal change of the definition of the APA Class by the Agency from its original EEOC definition, and that of the unfair classist-racist-elitist distribution of monetary and professional relief, in any specificity or detail (please refer to pages 1-6 and 7-12 of the Complaint, respectively, as well as various exhibits). As pointed out above, Agency's actions in these matters are in clear violation of the Fourteenth Amendment, Section 1, Equal Protection of the Laws, as well as of Title VII Civil Rights Act. The Agency's representatives have always skirted around these concrete and specific issues and resorted to vague, irrelevant,

subjective, and unscientific generalities, using the weapons of "precedents" and this and that

rule, against truth, facts, evidence, and the Constitution and its relevant clauses and meanings.

Now they are trying to project some of that onto me! They are also arrogating to themselves

the role of the Judge in this case to judge its merits and chances , insinuating that the case is

weak, has little merit, and little chances of success! It seems totally inappropriate for anyone to

make such judgments except the Judge handling the cases. Contrary to what the Defendant's

attorneys are insinuating, the case is extremely strong on factual, logical, ethical, constitutional,

and legal grounds and it should have high chances of success in any genuine and authentic

justice system. The abstract opinions of Defendant's attorneys are inappropriate, inaccurate,

and subjective in this regard and are, obviously, meant to mislead and prejudice the court.

As public servants, paid from the public funds, the first and foremost responsibility of the US

attorneys is to uphold the Constitution and the Constitutional and non-Constitutional laws as

well as the public interests, especially in cases where there is clear evidence of their violation

by the officialdom, as in this case. The nature of functions of the US attorneys is quite different

in this regard from those of the private attorneys. If the US attorneys are representing an

officialdom, like the USDA, and find clear and extensive evidence of lawlessness, fraud,

corruption, racism, discrimination, anti-constitutionality, unfairness, injustice, lies, and

hypocrisy, as extensively documented in the case file of this case, which is right in front of

them, is it not their first and foremost public duty to expose these, instead of collaborating with

these and trying to cover them up? Instead of exposing them and doing the right thing, the US

attorneys, representing the Defendant, have launched a frontal mechanistic, butcher-like, and

mindless assault on this case, its evidence, truth, facts, and justice, by attempting to abuse and

exploit parts of some precedents-which may be quite different than this particular case- for

fragmented, unconstitutional, and anti-constitutional purposes and ways. By doing so, they

have created a contradiction and conflict between the fragmented and abstract procedural

formality, on the one hand, and the incomparably more important substantive contents of the

Constitution and Constitutional and Title VII and other civil rights laws, on the other, in

addition to totally and deliberately ignoring and omitting any mention of the blatant and brazen

violations of the Constitution and Title VII and other civil rights laws by the Defendant in this

case, documented in detail in the case file, right in front of their eyes, e.g., brazen violations of

equal protection clauses of the Constitution (Fourteenth Amendment, Section 1) and Title VII

Civil Rights Act.

**Conclusion**

In view of the above factual and logical analysis, it is respectfully requested that the

Defendant's Opposition…to the Motion be disregarded and the Plaintiff's "Motion to order the

US Department of Agriculture to stop and reverse the implementation of the settlement

agreement, involved in this case, pending the court's decision" be granted as requested.


Respectfully submitted **this 13ᵗʰ day of October  2006**



*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff

P. O. Box 1422

Glendale, AZ 85311

Email: Unpollutedfaz@aol.com

Telephone: (623)847-5853

## Certificate of Service

I hereby certify that copies of "Response to the Defendant's "Opposition to Plaintiff's Motion to "...Stop and Reverse...[A] Settlement Agreement..." have been sent on October 13, 2006, by First Class Mail, to the following:

1. Clerk's Office
   US District Court for the District of Columbia
   US Courthouse
   333 Constitution Avenue, NW
   Washington, DC 20001

2. Oliver W. McDaniel, Assistant US Attorney
   Civil Division, US Attorney's Office
   555 Fourth St., NW
   Washington, DC 20530

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff