UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| MICHAEL JOHANNS, SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION OF Defendant's Motions to Dismiss and for a More Definite Statement and Memorandum of Points and Authorities in Support Thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that Defendant's Motion [to Dismiss] [For a More Definite Statement] is **GRANTED**[; and it is

**FURTHER ORDERED** that Plaintiff shall file a more definite statement on or before the _____day of _____, 2006].

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Fazal Rahman, Ph.D.
P.O. Box 1422
Glendale, AZ 85311