UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAZAL RAHMAN,

    Plaintiff,

       v.

MIKE JOHANNS, Secretary, U.S. Department of Agriculture,

    Defendant.

Civil Action No. 06-1283 (JDB)

**ORDER**

Defendant filed a motion to dismiss or, in the alternative, motion for more definite statement on November 15, 2006. In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district Court must take pains to advise <u>pro se</u> plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." <u>Id.</u> at 509.

Therefore, this Court wishes to advise plaintiff that he must respond to defendant's motions by not later than December 4, 2006. If plaintiff does not respond, the court may treat the motions as conceded and dismiss the complaint.

SO ORDERED.

                                                            /s/
                                         JOHN D. BATES
                                 United States District Judge

Dated:   November 17, 2006