UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| MICHAEL JOHANNS, SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR A TWO-DAY EXTENSION
OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT[1]**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for a two-business day extension of time to file a reply memorandum to the Plaintiff's Opposition to Defendant's Motion to Dismiss or For A More Definite Statement from today, Thursday, December 14, 2006, up to and including Monday, December 18, 2006. Plaintiff, *Pro se*, was unavailable when Counsel for Defendant attempted to contact him concerning his position on this motion. As grounds for this motion, the Defendant submits the following.

This extension of time is sought because the Civil Division of the U.S. Attorney's Office has experienced two consecutive days of computer network failure. During this period, access to word

---

[1] Plaintiff styled his motion as a "Request to deny and disregard the Defendant's Motion to Dismiss and for a More Definite Statement. Plaintiff's Motion for Summary Judgment." Thus, Plaintiff has essentially filed two motions in one document: (1) an opposition to Defendant's Motion to Dismiss or For a More Definite Statement and (2) a Motion for Summary Judgment. Accordingly, Defendant's responses to these documents have different due dates. Plaintiff's motions were both deemed filed on December 4, 2006. Accordingly, Defendant's Reply to Plaintiff's opposition is due today, while Defendant's Opposition to Plaintiff's Motion for Summary Judgment is due on December 18, 2006. Defendant then seeks only an extension for the filing of its Reply.

processing programs, email, the Internet, the ECF filing system, printers, and network hard drives has been limited at best and totally inaccessible for a substantial portion of those days. This unforeseen emergency problem has had a tremendous impact on Counsel for the Defendant's ability to complete a draft of the reply memorandum in this case and necessitates this requested extension.

WHEREFORE, Defendant respectfully submits that this Motion for a Two-Day Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for a More Definite Statement from December 14, 2006, up to and including December 18, 2006, should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

December 14, 2006

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2006, I caused the foregoing, Defendant's Motion for an Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for a More Definite Statement to be served on Petitioner *pro se*, by the Electronic Case Filing system, or, if this means fails, then by mail, postage prepaid, addressed as follows:

Fazal Rahman, Ph.D.
P.O. Box 1422
Glendale, AZ 85311


/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739