UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| MICHAEL JOHANNS, SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for a Two-Day Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for a More Definite Statement, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for a Two-Day Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for a More Definite Statement is hereby GRANTED, and Defendant shall have up to and including December 18, 2006, to answer or otherwise respond to the Complaint.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Fazal Rahman, Ph.D.
P.O.  Box 1422
Glendale, AZ 85311