UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAZAL RAHMAN )
)
        **Plaintiff** )
)
)
)
)
Vs. )
)
) Civil Case No. **1:06-cv-1283 (JDB)**
)
MIKE JOHANNS )
SECRETARY, U.S. DEPARTMENT )
OF AGRICULTURE )
)
        **Defendant** )
)
)

**RECEIVED**
MAY 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff's change of address**

Plaintiff has moved to Pakistan for an indefinite period of time. Therefore his mailing and email addresses and telephone number have changed. Following are his new mailing and email addresses and telephone number:

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP, Pakistan.

Email: UnpollutedFR@yahoo.com

Telephone: 011-92-922-518771 (Direct dial from US. 011 is the international access code, 92 is country code for Pakistan, and 922 is the city code for Kohat).

All future correspondence should be sent to the above address, until further notice. Please make sure that all the mail is sent by international airmail. Even the international airmail can take up to three weeks to arrive. Therefore, it is requested that the deadlines for submission of documents, responses, motions etc. be considered in accordance with this changed geographical situation.

Respectfully submitted **this 25th day of April 2007**

*Fazal Rahman* (signature)

Fazal Rahman, Ph.D., Plaintiff
17 The Mall, Kohat Cantt.
Kohat, NWFP, Pakistan.

Email: UnpollutedFR@yahoo.com
Telephone: 011-92-922-518771

**Certificate of Service**

I hereby certify that copies of "Plaintiff's change of address", have been sent on April 25, 2007, by International Airmail, to the following:

1. Clerk's Office
   US District Court for the District of Columbia
   US Courthouse
   333 Constitution Avenue, NW
   Washington, DC 20001
   USA

2. Oliver W. McDaniel, Assistant US Attorney
   Civil Division, US Attorney's Office
   555 Fourth St., NW
   Washington, DC 20530
   USA

*Fazal Rahman*
Fazal Rahman, Ph.D., Plaintiff