UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAZAL RAHMAN )
                                                            )
                               Plaintiff )
                                                            )
                                                            )
                                                            )
                                                            )
Vs.                                                         )
                                                            )
                                                            ) Civil Case No. **1:06-cv-1283 (JDB)**
                                                            )
MIKE JOHANNS                                                )
SECRETARY, U.S. DEPARTMENT                                  )
OF AGRICULTURE                                              )
                                                            )
                               Defendant )
                                                            )
_____ )

**RECEIVED**
**JUL 1 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**Important additional information on the highly institutionalized, systematic, and structural discrimination against the minorities in the US Department of Agriculture and the so-called US Equal Employment Opportunity Commission: 2006 Report and email of USDA Coalition of Minority Employees**</u>

The USDA Coalition of Minority Employees (The Agcoalition) has issued its 2006 Report on Civil Rights in the USDA. Its President, Mr. Lawrence Lucas also sent an email to the Director of the Office of Federal Operations at the US Equal Employment Opportunity Commission (EEOC), dated March 22, 2007, in which he strongly criticized the complicity of the EEOC with the USDA in these matters. As these documents constitute very important contextual information for this case before the court, I am enclosing copies of these herewith. These documents are also posted on the Coalition's web site **www.agcoalition.org** (News and information, June 2007).

In the document of April 25, 2007, sent by Registered International Mail, I had informed the court of my change of address, after my travel to Pakistan. A copy of that was also sent to the Defendant's representatives at the US Attorney's Office in Washington, DC.

Respectfully submitted **this 2nd day of July 2007**

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff
17 The Mall, Kohat Cantt.
Kohat, NWFP, Pakistan.

Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com
Telephone: 011-92-922-518771

For: Carlton M. Hadden
    Director, Office of Federal Operations
    United States Equal Employment Opportunity Commission
    (Through Mrs. Earp, EEOC).


>>> <LawrLCL@aol.com> 3/22/2007 10:37:58 AM >>>
22  march 2007

   Mrs. Earp:

   The attached report tell the truth of the widespread abuse in
the employment and program divisions  at the US Department of Agriculture,
Office of Civil Rights nationwide.

   Lack of proper Equal Employment Opportunity Commission (EEOC)
oversight has contributed to  the deplorable/poor conditions of civil
rights administration and process at the  US Department of Agriculture
(USDA).

The USDA Coalition of Minority Employees informed EEOC of the many USDA
abuses (reprisal, sexism....rape, racism, intimidation, hostile work
environment and more) for years....and we have seen no positive results.

   The leadership team and management in the USDA Office of Civil
Right is also guilty of widespread discrimination, reprisal, intimidation
and hostile work environment, as well. This being the case....how can they
fix USDA civil rights nationwide?

   EEOC has done little to nothing to improved the civil rights
environment at USDA during the  Bush administration. The pain and
suffering continues. As a matter of fact.....things have worsened during
the past four years at USDA. The EEOC partnership with USDA has produced
nothing positive for the many employees that continue to suffer....while
progress is being reported. Any reported progress is a far cry from the
truth. If USDA has failed.....and so has EEOC in it's oversight
responsibilities.  It has been a party instead of a partnership for a
better USDA civil rights.

   "You are either part of the problem or part of the solution."
There is no gray area.

   I wish to meet with you to discuss this matter. Feel free to
contact me at any time. However, our  " 2006 Report on the State of Civil
Rights at the U.S. Department of Agriculture" speaks clearly to the reality
of civil rights at the Department.

   Thank you in advance.

   Lawrence Lucas,  President
   USDA Coalition of Minority Employees
   856/ 910-2399
   _www.agcoalition.org_  (http://www.agcoalition.org)

   cc: EEOC Commissioners
       Congress
       Coalition  Executive Board & Representatives

**Certificate of Service**

I hereby certify that copies of "Important additional information on the highly institutionalized, systematic, and structural discrimination against the minorities in the US Department of Agriculture and the so-called US Equal Employment Opportunity Commission: 2006 Report and email of USDA Coalition of Minority Employees", have been sent on July 2, 2007, by International Airmail, to the following:

1. Clerk's Office
   US District Court for the District of Columbia
   US Courthouse
   333 Constitution Avenue, NW
   Washington, DC 20001
   USA

2. Oliver W. McDaniel, Assistant US Attorney
   Civil Division, US Attorney's Office
   555 Fourth St., NW
   Washington, DC 20530
   USA

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff