UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FAZAL RAHMAN, Ph.D.,**

    **Plaintiff,**

      v.

**MIKE JOHANNS, SECRETARY, U.S.
DEPARTMENT OF AGRICULTURE,**

    **Defendant.**

Civil Action No. 06-1283  (JDB)

## ORDER

Upon consideration of [18] plaintiff's motion for recusal, [4] plaintiff's motion to stop and reverse implementation of the settlement agreement, [10] defendant's motion to dismiss the complaint for failure to state a claim upon which relief can be granted or, in the alternative, for a more definite statement, and [12] plaintiff's cross-motion for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

    **ORDERED** that plaintiff's motion for recusal is **DENIED**; it is further

    **ORDERED** that plaintiff's motion to stop and reverse implementation of the settlement agreement is **DENIED**; it is further

    **ORDERED** that defendant's motion to dismiss the complaint for failure to state a claim upon which relief can be granted or, in the alternative, for a more definite statement is **DENIED**; it is further

    **ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED**; and it is further

    **ORDERED** that defendant shall answer or otherwise respond to the complaint by not later

than August 24, 2007.

**SO ORDERED.**

                                                  /s/
                                JOHN D. BATES
                        United States District Judge

Date:   August 7, 2007