**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAZAL RAHMAN,                ) | |
|                              ) | |
|          **Plaintiff,**      ) | |
|                              ) | |
|          v.                 ) | **Civil Action No. 06-01283 (JDB)** |
|                              ) | |
| MICHAEL JOHANNS, SECRETARY,   ) | |
| Department of Agriculture        ) | |
|                              ) | |
|          **Defendant.**     ) | |
| _____ ) | |

**DEFENDANT'S  MOTION FOR AN EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to respond to the Complaint, from August 24, 2007, up to and including September 24, 2007.  Defendant notes that this response may be in the form of a summary judgment motion, in whole or in part.  Plaintiff, *Pro se*, whom Counsel for Defendant was able to contact by electronic mail, has indicated that he opposes the motion, primarily because of the likelihood that Defendant would file a dispositive motion.  As grounds for this motion, the Defendant submits the following.

First, Counsel for the Defendant was consumed with filings in the Court of Appeals in Canadian Commercial Corp., et al. v. Air Force, Appeal No. 06-5310, when this Court filed its memorandum opinion and order in this case.  It has thus taken Counsel some time to evaluate the Court's decision.  Further, the decision leaves Counsel with significant concerns about Plaintiff's standing to challenge the Basu Class Action settlement, which claim Counsel believes cannot survive a summary judgment motion.  However, Counsel for the Defendant's demanding litigation schedule

necessitates this request for an extension of time to draft the motion.  Specifically, Counsel for the Defendant was scheduled to file two substantial filings in the District Court on Wednesday, August 22, 2007: (1) a reply brief in the class action suit, Hubbard v. Potter, 03-1062 (RJL) and (2) a dispositive motion in Negley v. Federal Bureau of Investigation, 03-2126 (GK), for which filing Counsel sought and obtained an extension of time to file on August 24, 2007.  Counsel must file the Exhibits for the Hubbard filing subsequently.

Counsel also has significant obligations in the class action suit of Johnson v. District of Columbia, *et al.*, 02-2364 (RMC): (1) a Response to Plaintiff's Motion for Class Certification due on August 30, 2007 and (2) several depositions during the week of August 27, 2007, for which witnesses must be prepared.  Counsel for Defendant further has two matters in the U.S. Court of Appeals for the District of Columbia.  Counsel also has an additional responsibilities in the Court of Appeals: on August 29, 2007, a final brief in Canadian Commercial and,  on September 7, 2007, oral argument in Patterson v. Johnson, Appeal No. 05-5415.  These and other personal and professional responsibilities of Counsel for the Defendant, including discovery in Title VII cases scheduled for the second week of September, necessitate this requested extension until September 24, 2007.

WHEREFORE, Defendant respectfully submits that this Motion for an Extension of Time to File an Answer or Other Response to the Complaint, from August 24, 2007, up to and including September 24, 2007, should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

August 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2007, I caused the foregoing Defendant's

Motion for an Extension of Time to File an Answer or Other Response and proposed Order, to be

served on Plaintiff, *Pro se*, by electronic mail and by U.S. mail, postage prepaid, addressed as

follows:

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP
Pakistan
Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com


_____/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739