UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| MICHAEL JOHANNS, SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR A THREE BUSINESS DAY EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for a three business day extension of time to respond to the Complaint, from Monday, September 24, 2007 to Thursday, September 27, 2007. As noted previously, this response may be in the form of a summary judgment motion, in whole or in part. Plaintiff, Pro se, whom Counsel for Defendant previously was able to contact by electronic mail, has not yet responded to Counsel for the Defendant's effort to contact him by electronic mail. As grounds for this motion, the Defendant submits the following.

First, it is taking longer than Counsel for the Defendant anticipated to receive all the information necessary to compose a dispositive motion in this case. Counsel needs additional information concerning the administrative process that has not been provided. Secondly, Counsel has recently come down with a malady which is impeding his ability to complete the briefing in this case. The need to seek treatment is also taking away time otherwise available to complete the briefing in this case. These and other personal and professional responsibilities of Counsel for the

Defendant necessitate this requested three business day extension until Thursday, September 27, 2007.

WHEREFORE, Defendant respectfully submits that this Motion for an Extension of Time to File an Answer or Other Response to the Complaint, from Monday September, 24, 2007, up to and including Thursday, September 27, 2007, should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

September 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, I caused the foregoing Defendant's Motion for an Extension of Time to File an Answer or Other Response and proposed Order, to be served on Plaintiff, *Pro se*, by electronic mail and by U.S. mail, postage prepaid, addressed as follows:

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP
Pakistan
Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739