UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| CHUCK CONNOR, ACTING ) | |
| SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR A ONE-WEEK EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for an additional one-week extension of time to respond to the Complaint, from Thursday, September 27, 2007, to Thursday, October 4, 2007. Although this is Defendant's third request for an extension, Defendant does not anticipate needing additional time. As noted previously, this response may be in the form of a summary judgment motion, in whole or in part. Plaintiff, *Pro se*, who has relocated to Pakistan and whom Counsel for Defendant previously was able to contact by electronic mail, has not yet responded to Counsel for the Defendant's effort to contact him by electronic mail. As grounds for this motion, the Defendant submits the following.

While Counsel for the Defendant has completed a draft of a dispositive motion addressing Plaintiff's challenge to the Basu class action settlement, it is taking much longer than Counsel for the Defendant estimated for agency counsel to obtain additional information about the administrative processing of Plaintiff's non-selection claims. Agency counsel reports that he needs one additional

week to complete this process and to obtain a signed declaration. These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested one-week extension until Thursday, October 4, 2007.

WHEREFORE, Defendant respectfully submits that this Motion for an One-Week Extension of Time to File an Answer or Other Response to the Complaint, from Thursday, September 27, 2007, up to and including Thursday, October 4, 2007, should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

September 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2007, I caused the foregoing Defendant's Motion for a One-Week Extension of Time to File an Answer or Other Response and proposed Order, to be served on Plaintiff, *Pro se*, by electronic mail and by U.S. mail, postage prepaid, addressed as follows:

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP
Pakistan
Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739