UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| CHUCK CONNOR, ACTING ) | |
| SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss Plaintiff's claim concerning the <u>Basu</u> class action settlement, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's claim concerning the <u>Basu</u> class action settlement is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Oliver W. McDaniel
Assistant U.S. Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP
Pakistan
Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com