## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAZAL RAHMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-01283 (JDB)** |
| ) | |
| **MICHAEL JOHANNS, SECRETARY,** ) | |
| **Department of Agriculture** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

### DEFENDANT'S  MOTION FOR AN EXTENSION OF TIME, UNTIL AFTER RESOLUTION OF THE CLAIM AS TO THE BASU SETTLEMENT, TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to respond to the Complaint, from today, October 4, 2007, to twenty days after the Court resolves Defendant's contemporaneously filed Motion to Dismiss Claim Concerning Class-Action Settlement, also filed today.  Counsel for the Defendant was unable to contact Plaintiff, *Pro se*, who currently resides in the Islamic Republic of Pakistan.  As grounds for this motion, the Defendant submits the following.

The Defendant is filing today a motion to dismiss Plaintiff's claim concerning the Basu class-action settlement.  Discussion of this claim appears to consume a significant portion of the Complaint in this action.  Defendant respectfully submits that it appears clear that Plaintiff lacks standing to advance such a claim, as Defendant argues in his motion to dismiss.  Further, any factual basis for the claim appears completely unrelated to the discrimination claim that is not challenged in Defendant's recently filed motion.  Defendant submits accordingly that it would be most efficient for Defendant to await the Court's decision on his contemporaneously filed dismissal motion before

fashioning an answer to the Complaint given that the challenged claim is clearly meritless and unrelated to any other portion of the Complaint.

WHEREFORE, Defendant respectfully submits that this Motion for an Extension of Time, until after Resolution of the Claim as to the Basu Settlement, to File an Answer or Other Response to the Complaint, should be granted.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

August 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2007, I caused the foregoing Defendant's

Motion for an Extension of Time, until after Resolution of the Claim as to the Basu Settlement, to

File an Answer or Other Response to the Complaint and proposed Order, to be served on Plaintiff,

*Pro se*, by electronic mail and by U.S. mail, postage prepaid, addressed as follows:

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP
Pakistan
Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com


                                          /s/
                                 OLIVER W. McDANIEL, D.C. BAR # 377360
                                 Assistant United States Attorney
                                 Civil Division
                                 555 Fourth Street, N.W.
                                 Washington, D.C.  20530
                                 (202) 616-0739