UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| MICHAEL JOHANNS, SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time, until after Resolution of the Claim as to the <u>Basu</u> Settlement, to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time, until after Resolution of the Claim as to the <u>Basu</u> Settlement, to File an Answer or Other Response to the Complaint is hereby GRANTED, and Defendant shall have up to twenty days after the Court rules on his Motion to Dismiss Claim Concerning Class-Action Settlement to answer or otherwise respond to the remainder of the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530


Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP

Islamic Republic of Pakistan