UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | |
| ) Civil Case No. **1:06-cv-1283 (JDB)** | |
| ) | |
| CHUCK CONNER, ACTING ) | |
| SECRETARY, U.S. DEPARTMENT ) | |
| OF AGRICULTURE ) | |
| ) | |
| Defendant ) | |

RECEIVED
DEC 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR THE DISCLOSURE OF INFORMATION ABOUT THE GOVERNMENT ACCOUNTABILITY OFFICE'S (GAO'S) INVESTIGATION OF CIVIL RIGHTS AT USDA TO THE COURT AND PLAINTIFF BY THE DEFENDANT

I have been informed that the civil rights problems and the Office of the Assistant Secretary for Civil Rights at USDA are being investigated by the Government Accountability Office (GAO). Some class agents of the Basu et. al. APA class action case, involved in this Complaint, have also informed me that the GAO investigation includes the settlement agreement of that case. It seems that the GAO has still not published the results of this investigation and has not issued its report yet. The Defendant has not provided any information about this important matter to the Court or the Plaintiff. The Court is hereby requested to order the Defendant to provide the relevant information about the GAO investigation both to the Plaintiff and the Court. Among other matters, the overall nature of the investigation, and its

component of Basu et. al. APA Class Action Settlement Agreement, should be disclosed, as well as the causes and reasons for its initiation and results, if any, so far. Moreover, if permissible, it will also be relevant to inform us about the persons who requested this investigation.

Respectfully submitted **this 10th day of November 2007**

*Fazal Rahman*
Fazal Rahman, Ph.D., Plaintiff
17 The Mall, Kohat Cantt.
Kohat, NWFP, Pakistan.

Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com
Telephone: 011-92-922-518771

**Certificate of Service**

I hereby certify that copies of the following two documents have been sent, by Registered International Airmail, on November 10, 2007, to the following:

1. MOTION FOR THE DISCLOSURE OF INFORMATION ABOUT THE GOVERNMENT ACCOUNTABILITY OFFICE'S (GAO'S) INVESTIGATION OF CIVIL RIGHTS AT USDA TO THE COURT AND PLAINTIFF BY THE DEFENDANT.

2. OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS CLAIM CONCERNING CLASS-ACTION SETTLEMENT AND FOR AN EXTENSION OF TIME, UNTIL AFTER RESOLUTION OF THE CLAIM AS TO THE BASU SETTLEMENT, TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT

1. Clerk's Office
   US District Court for the District of Columbia
   US Courthouse
   333 Constitution Avenue, NW
   Washington, DC 20001
   USA

2. Oliver W. McDaniel, Assistant US Attorney
   Civil Division, US Attorney's Office
   555 Fourth St., NW
   Washington, DC 20530
   USA

*Fazal Rahman*
Fazal Rahman, Ph.D., Plaintiff