UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CHUCK CONNER, ACTING )<br>SECRETARY, )<br>Department of Agriculture )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-01283 (JDB) |

**OPPOSITION MEMORANDUM TO PLAINTIFF'S MOTION FOR DISCLOSURE OF INFORMATION ABOUT GAO INVESTIGATION OF USDA CIVIL RIGHTS OFFICE**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully submits this memorandum in opposition to Plaintiff's "Motion for the Disclosure of Information about the [alleged] Government Accountability Office's (GAO's) investigation of Civil Rights at USDA to the Court and plaintiff by the Defendant." Plaintiff's motion, essentially, constitutes a premature motion to compel discovery, before any request for discovery has been made and before even any Fed. R. Civ. P. 26(f) conference has occurred. Further, his request seeks discovery as to claims which Defendant has moved to dismiss. So, for the same grounds advanced in Defendant's Supplemental Motion to Dismiss, Defendant submits that Plaintiff's motion for disclosure should be denied.

**DISCUSSION**

Plaintiff's motion for disclosure appears to assume that the U.S. Department of Agriculture (USDA) would automatically, *sua sponte* provide to the Court and to the Plaintiff the information he now seeks. Plaintiff has made no written request for this information, and Plaintiff has made no

effort, either through telephone call or some other electronic communication, to indicate to Counsel for the Defendant his desire for this information. The Federal Rules of Civil Procedure clearly contemplate a party making a discovery request for information before its disclosure can be compelled by the Court.

Moreover, the parties have not conferred as required by Fed. R. Civ. P. 26(d) & (f). As stated by the Court in Arias v. Dyncorp, 517 F.Supp.2d 221 (D.D.C. 2007),

> Under Federal Rule of Civil Procedure 26(d), a party is generally prohibited from seeking discovery "before the parties have conferred as required by Rule 26(f)" unless the court orders discovery or the parties agree to it. See Fed.R.Civ.P. 26(d); LCvR 26.2(a); Al Odah v. United States, 329 F.Supp.2d 106, 108-09 (D.D.C.2004) (finding plaintiffs' discovery requests premature because the parties had not yet held a Rule 26(f) discovery conference). Because discovery may not be demanded before the Rule 26(f) conference, a motion to compel filed before that conference is premature, see Witham v. Christian County Sheriffs Dep't, No. 04-3401-CV-S-FJG, 2006 WL 522438, at *1 (W.D.Mo. Mar.3, 2006); Fox v. Poole, No. 06CV148, 2006 WL 2528535, at *2 (W.D.N.Y. Aug.31, 2006), and violates Rule 26(d). See Amerisourcebergen Drug Corp. v. Burks, No. 2:04CV58, 2006 WL 2690989, at *2 (N.D.W.Va. Sept.18, 2006).

Id. at 230. In this case, the Plaintiff and Counsel for the Defendant have not held a 26(f) conference, and discovery is accordingly premature.

Defendant also submits that the discovery request is not relevant and not likely to lead to discovery of admissible information because the claim to which the requested information relates, concerning the Basu administrative class action settlement, is subject to dismissal. Defendant has filed a supplemental motion to dismiss grounded on Plaintiff's lack of standing to advance a Title VII claim concerning the Basu administrative class-action settlement. Defendant incorporates by reference those arguments, and contends that because Plaintiff's claim is subject to dismissal, he is not entitled to discovery related to it.

WHEREFORE, Defendant respectfully submits that Plaintiff's motion for disclosure should be denied.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, I caused the foregoing Opposition Memorandum to Plaintiff's Motion for Disclosure of Information about GAO Investigation of USDA Civil Rights Office, to be served on Plaintiff, *Pro se*, by electronic mail and by U.S. mail, postage prepaid, addressed as follows:

Fazal Rahman, Ph.D.
17 The Mall, Kohat Cantt:
Kohat, NWFP
Pakistan
Email: Unpollutedfaz@aol.com or UnpollutedFR@yahoo.com

        /s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739