UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FAZAL RAHMAN, Ph.D.,**

    **Plaintiff,**

      v.                                                                            Civil Action No. 06-1283  (JDB)

**MIKE JOHANNS, SECRETARY, U.S.
DEPARTMENT OF AGRICULTURE,**

    **Defendant.**

## ORDER

Upon consideration of [26] defendant's motion to dismiss claim concerning class-action settlement, [27] defendant's motion for an extension of time to file an answer or other response to the complaint, and [29] plaintiff's motion for disclosure of information concerning the General Accounting Office investigation of civil rights at the U.S. Department of Agriculture ("USDA"), and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss for lack of standing is **DENIED WITHOUT PREJUDICE;** it is further

**ORDERED** that defendant's motion for extension of time to file an answer or other response to the complaint is **GRANTED**, and that the filing of an answer is deferred pending further Order of the Court; it is further

**ORDERED** that plaintiff's motion for disclosure of information is **DENIED**; and it is further

**ORDERED** that, by not later than September 30, 2008, the parties shall file memoranda addressing (1) the Court's jurisdiction to review the EEOC decisions dated December 4, 2004,

May 3, 2005, and June 28, 2005, under the APA or any other federal statute, and whether the EEOC is a necessary party; (2) the proper standard of review; (3) the filing of the <u>Basu</u> administrative record; (4) the impact of class membership -- or exclusion from the class -- on plaintiff's individual claims of discriminatory nonselection; and (5) whether, if plaintiff's individual claims survive independent of the <u>Basu</u> class settlement, this Court should permit USDA to consider those longheld-in-abeyance claims first.

                                                       /s/
                                 JOHN D. BATES
                       United States District Judge

Date:   August 25, 2008