## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN | ) |
| | ) |
|            **Plaintiff** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Vs. | ) |
| | ) |
| | ) Civil Case No. **1:06-cv-1283 (JDB)** |
| | ) |
| MIKE JOHANNS | ) |
| SECRETARY, U.S. DEPARTMENT | ) |
| OF AGRICULTURE, | ) |
| | ) |
|            **Defendant** | ) |
| | ) |
| | ) |

**RECEIVED**

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff's change of address**

The plaintiff has moved back to the US from Pakistan.   His new address is:

Fazal Rahman, Ph.D.

1143 Ferry Road

Bancroft, ME 04497

Email: Unpollutedfaz@aol.com

Telephone: (207)456-7372

**Respectfully submitted** this 18th day of August  2008

*Fazal Rahman*

Fazal Rahman, Ph.D., Plaintiff
1143 Ferry Road
Bancroft, ME 04497
Email: Unpollutedfaz@aol.com
Telephone: (207)456-7372

**Certificate of Service**

I hereby certify that copies of "Plaintiff's change of address" have been sent on August 18, 2008, by First Class Mail, to the following:

1. Clerk's Office
   US District Court for the District of Columbia
   US Courthouse
   333 Constitution Avenue, NW
   Washington, DC 20001

2. Oliver W. McDaniel, Assistant US Attorney
   Civil Division, US Attorney's Office
   555 Fourth St., NW
   Washington, DC 20530

Fazal Rahman, Ph.D., Plaintiff