UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAZAL RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01283 (JDB) |
| ) | |
| ED SCHAFER, ) | |
| SECRETARY, ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A MEMORANDUM ADDRESSING ISSUES
ENUMERATED IN THE AUGUST 25, 2008 ORDER**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for a thirty-day extension of time to file a memorandum addressing issues enumerated in the Court's August 25, 2008 Order, from Tuesday, September 30, 2008, to Thursday, October 30, 2008. Counsel for the Defendant attempted without success to reach Plaintiff, *Pro se*, by telephone and electronic mail message in order to confer with him about his position on this motion. As grounds for this motion, the Defendant submits and relies on the following supporting memorandum.

The Court's August 25, 2008 Order seeks information which will require substantial time and effort by agency counsel and Counsel for Defendant to provide. Unfortunately, Agency Counsel has previously scheduled off-site training during the weeks of September 15 and 22, 2008, then will be away from his office on scheduled leave during the week of September 29, 2008. Additionally, Agency Counsel has other outstanding work load demands that will limit the amount of time he has to devote to providing the ordered information.

Counsel for the Defendant as well has a substantial number of impending litigation demands. Specifically, these litigation demands have included discovery in <u>Johnson v. District of Columbia, et al.</u>, 02-2364 (RMC) (a class action suit against the U.S. Marshals Service), <u>Gard v. Department of Education</u>, 00-1096 (PLF/DAR), and <u>Getz v. Lambright</u>, 05-cv-01195 (HHK). Counsel for the Defendant also must draft a responsive memorandum addressing another defendant's motion for summary judgment in <u>Johnson</u> that is due on September 19, 2008. Counsel is also actively involved in mediation sessions in <u>Kriesch v. Schafer</u>, C.A. No. 05-2402 (RMC), <u>Gilbert v. Chertoff</u>, C.A. No. 05-2128 (RJL), and <u>Obrycki v. Doan</u>, C.A. No. 05-0857 (RWR). These and other personal and professional responsibilities of Counsel for the Defendant, together with those of Agency Counsel, necessitate this requested thirty day extension until Thursday, October 30, 2008.

WHEREFORE, Defendant respectfully submits that this Motion for a Thirty-Day Extension of Time to File Memorandum Addressing Issues Enumerated in the August 25, 2008 Order, from Tuesday, September 30, 2008, up to and including Thursday, October 30, 2008, should be granted.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY
                                D.C. BAR NUMBER 498-610

By:                 /s/
       OLIVER W. McDANIEL, D.C. Bar No. 377-360
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 616-0739 / (202) 514-8780 (Facsimile)

September 9, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2008, I caused the foregoing Defendant's Motion for an Extension of Time to File Memorandum Addressing Issues Enumerated in the August 25, 2008 Order and proposed Order, to be served on Plaintiff, *Pro se*, by electronic mail and by U.S. mail, postage prepaid, addressed as follows:

FAZAL RAHMAN
1143 Ferry Road
Bancroft, ME 04497

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739