UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAZAL RAHMAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-01283 (JDB) |
| **ED SCHAFER,**<br>**SECRETARY,**<br>**Department of Agriculture** | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to File Memorandum Addressing Issues Enumerated in the August 25, 2008 Order, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for a Thirty-Day Extension of Time is hereby GRANTED, and Defendant shall have up to and including October 30, 2008, to file a Memorandum Addressing Issues Enumerated in the August 25, 2008 Order.

Date this _____ day of _____, 2008.


_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

FAZAL RAHMAN
1143 Ferry Road
Bancroft, ME 04497